# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

**ELLIOTT L JONES,**

    *Plaintiff,*

v.                                                  **CASE NO. 1:15-cv-00181-MP-CAS**

**CAROLYN W COLVIN,**

    *Defendant.*

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated April 28, 2016. ECF No. 26. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. The Magistrate Judge's Report and Recommendation, ECF No. 26, is adopted and incorporated by reference in this order.

2. The decision of the Commissioner to deny Plaintiff's application for Social Security benefits is **AFFIRMED**.

3. The clerk is directed to close the file.

**SO ORDERED on August 8, 2016.**

<u>s/Mark E. Walker</u>
**United States District Judge**